|  |  |
|---|---|
| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | |
| *versus* § | **NO. 1:23-CR-00001-MAC** |
| § | |
| **JONATHAN RAFAEL DURAN** § | |

## ORDER ADOPTING FINDINGS OF FACT AND RECOMMENDATION ON DEFENDANT'S GUILTY PLEA

The court referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, for administration of a guilty plea under Rule 11 of the Federal Rules of Criminal Procedure. Judge Stetson conducted a hearing in the form and manner prescribed by Federal Rule of Criminal Procedure 11 and issued her Findings of Fact and Recommendation on Guilty Plea Before the United States Magistrate Judge. Judge Stetson recommended that the court accept the Defendant's guilty plea. She further recommended that the court adjudge the Defendant guilty on Count Four of the Indictment filed against the Defendant.

The court **ORDERS** that the Findings of Fact and Recommendation on Guilty Plea of the United States Magistrate Judge are **ADOPTED**. The court accepts the Defendant's plea but defers acceptance of the plea agreement until after review of the presentence report.

At the close of the change of plea hearing, the Defendant, defense counsel, and counsel for the government each waived their right to object to the proposed findings and recommendations contained in the magistrate judge's report, consenting to the Defendant's guilty plea, and consenting to the imposition of the sentence agreed to in this report and in the plea agreement.

Accordingly, it is **ORDERED** that, in accordance with the Defendant's guilty plea and the magistrate judge's findings and recommendation, the Defendant, Jonathan Rafael Duran, is adjudged guilty as to Count Four of the Indictment charging a violation of 21 U.S.C. § 841(a)(1) - Possession with the Intent to Distribute Methamphetamine.

SIGNED at Beaumont, Texas, this 3rd day of July, 2024.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE